# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re  Boardwalk and Baseball, Inc._____,  Case No._____

Debtor

Chapter  __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Boardwalk Land Development, Inc.<br>3310 Lake Ridge Lane<br>Weston, FL 33332 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _January 13th 2014_   Signature _[signed] Brenda Nestor for Boardwalk & Baseball, Inc._
Brenda Nestor
President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders