UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| BOARDWALK AND BASEBALL, INC., | Case No. 8:14-bk-317-MGW |
| COLERIDGE CORPORATION, | Case No. 8:14-bk-318-MGW |
| BOARDWALK LAND DEVELOPMENT, INC., | Case No. 8:14-bk-319-MGW |
| Debtors. _____/ | *Jointly Administered Under*  *Case No. 8:14-bk-317-MGW* |

### **DEBTORS' JOINT CHAPTER 11 CASE MANAGEMENT SUMMARY**

BOARDWALK AND BASEBALL, INC. ("**B&B**"), COLERIDGE CORPORATION ("**Coleridge**"), and BOARDWALK LAND DEVELOPMENT, INC. ("**BLD**") (collectively, the "**Debtors**"), by and through their undersigned attorneys, pursuant to Local Rule 2081-1(b), hereby file this Joint Chapter 11 Case Management Summary (the "**Summary**"). Because this Court has already considered emergency motions and responses and has conducted a several hour hearing, this Summary is somewhat abbreviated to avoid repetition. For their Summary, the Debtors state the following:

### Introduction

On January 13, 2014 (the "**Petition Date**"), the Debtors filed their Voluntary Petitions for Relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

**Case Management Items**

**I.     Description of the Debtors' Businesses**

The Debtors are engaged in the business of owning and developing real estate in a 400 acre project in Polk County, Florida, known as the Victor Posner City Center. The site is located on one of the major arterial interchanges in the State of Florida, at the intersection of Interstate 4 and Highway 27 in Davenport, Polk County, Florida, six miles north of Haines City. In the past, this site served as the home for Circus World and for the Boardwalk and Baseball theme park. From 1988 to 2002, the Kansas City Royals, a Major League Baseball team in the American League, utilized for spring training the Baseball City Stadium and adjoining practice facilities located on the site.

In 2001, B&B and Coleridge, then owned by developer and business executive Victor Posner, acquired the real estate comprising the Victor Posner City Center. On January 8, 2003, pursuant to the provisions of Chapter 190 of the Florida Statutes, the Board of County Commissioners for Polk County adopted Ordinance 03-01 establishing the City Center Community Development District, Polk County, Florida (the "**District**"). The District is a governmental agency, and the real property owned by the Debtors that is involved in these cases is located within the District.

In 2005, after the creation of the District, the ballparks and other theme park amenities were razed or removed in order to make way for a mixed use development that was designed to include retail, commercial and residential buildings, including Posner Park Retail, depicted below, which is a shopping center with in excess of 140,000 square feet of

rentable space and with tenants that include Dick's Sporting Goods, Target, Michael's, and Dollar Tree stores.





Two of the Debtors, B&B and Coleridge, both of which are Delaware corporations, along with Trammell Crow Company, are limited partners in Posner Park Retail, LLP. B&B and Coleridge, as indirect owners of a portion of Posner Park Retail, LLP, are or may be entitled to distributions from profits or from any capital events that may occur with respect to that entity. In addition, B&B and Coleridge own title to tracts of real property (collectively, the "**Properties**") within the Victor Posner City Center and thus within the District. B&B owns approximately 78 acres, and Coleridge owns approximately 160

acres.  As further discussed hereafter, the Debtors' real property is subject to annual assessments imposed by the District for operations and maintenance ("**O&M Assessments**").  The tracts owned by the Debtors have been divided into eleven separate tax parcels, each with its own tax number and assessed taxes.

BLD is the owner of 100% of the stock of B&B and Coleridge.  All three companies report on a consolidated basis, and BLD (as the parent) files a consolidated tax return.

Victor Posner City Center is treated for land use purposes as a "development of regional impact."  Infrastructure for the development of the City Center was to be provided in large part by the issuance of bonds by the District, and the District issued bonds in 2005 and 2007.  The Debtors' real property (broken down into the eleven tax parcels) is also subject to annual assessment for repayment of principal and interest on the bonds issued by the District.  Only a portion of the infrastructure, however, was completed.  In 2009, in lieu of using unused proceeds in excess of $9 million from the issuance of the bonds to complete infrastructure improvements, the Indenture Trustee for the bonds wrongfully returned those funds to the bondholders.  Subsequently, some or all of the original bondholders sold their bonds to third parties at what the Debtors believe to be substantial discounts.

## II.     Location of Debtor's Operations and Whether Leased or Owned

The Properties are located in Polk County, Florida.  B&B owns six (6) of the tax parcels, and Coleridge owns five (5) of the tax parcels.

**III.    Reasons for Filing Chapter 11**

On or about September 17, 2009, the District filed an action (the "**Collection Action**") in Polk County Circuit Court to both foreclose special assessment liens and O&M Assessment liens, alleging a failure on the part of the Debtors to pay 2009 assessments. According to the District's evidentiary presentation in the Collection Action, there is approximately $26.97 million in the aggregate representing actual assessments, including accelerated bond debt, owed on all eleven of the tracts. The assessments <u>per tract</u> range from zero (no assessments owed) to in excess of $8 million. In addition, the District's evidentiary presentation reflects $18.2 million in the aggregate representing *penalties* sought to be collected. These penalties are sought in addition to the assessments. The penalties per tract range from as little as $416 per tract to in excess of $8 million per tract.

During the pendency of the Collection Action, the current bondholders have actually commenced efforts to begin marketing the Properties owned by the Debtors through postings on one of the bondholder's websites suggesting that the bondholders own and control the Properties. This bondholder's action has impaired the ability of the Debtors to refinance or restructure their debts or market the Properties.

The Properties are themselves currently non-income producing. The Debtors are currently evaluating their restructuring alternatives. Along this line, the Debtors have employed restructuring experts, Kapila and Company ("**Kapila**"), as advisors and chief restructuring officer. It is expected that Kapila will assist the Debtors in analyzing all alternatives and will coordinate any plan that may be implemented. It is a goal of the

Debtors to fulfill the original visions for the Posner City project and to create a vibrant and thriving mixed use project.  The Debtors hope to work with the District and other creditors to achieve this goal.

**IV.    List of Officers and Directors and Their Salaries and Benefits at Time of Filing and During the One Year Prior to Filing**

The list of officers and directors and their compensation for each of the Debtors is listed below:

| Debtor | Officers/Directors | Title | Annual Compensation |
|---|---|---|---|
| **B&B** | Brenda Nestor | Director, Chief Executive Officer, President, Asst. Secretary, Asst. Treasurer | None |
| | David Weychert | Chief Financial Officer | None |
| | Blanche Launer | Director, Vice President. Treasurer, Secretary | None |
| | Marco B. Loffredo | Director, Vice President, Asst. Secretary. Asst. Treasurer | None |
| **Coleridge** | Brenda Nestor | Director, Chief Executive Officer, President, Asst. Secretary, Asst. Treasurer | None |
| | David Weychert | Chief Financial Officer | None |
| | Blanche Launer | Director, Vice President. Treasurer, Secretary | None |
| | Marco B. Loffredo | Director, Vice President, Asst. Secretary. Asst. Treasurer | None |
| **BLD** | Brenda Nestor | Director, Chief Executive Officer, President, Asst. Secretary, Asst. Treasurer | None |

| | David Weychert | Chief Financial Officer | None |
|---|---|---|---|
| | Blanche Launer | Director, Vice President. Treasurer, Secretary | None |
| | Marco B. Loffredo | Director, Vice President, Asst. Secretary. Asst. Treasurer | None |

**V.     Debtor's Annual Gross Revenues**

The Debtors' revenues for 2013 were approximately $223,000 in the aggregate.

**VI.    Amounts Owed to Various Classes of Creditors**

**Secured Claims:**

As stated above, the District is a secured creditor by virtue of a lien on the Properties for assessments.

Additionally, the Pension Benefit Guaranty Corporation (the "**PBGC**") asserts or may assert a lien on the Properties to secure an indebtedness in the approximate amount of $10 million. There does not, however, appear to be any recorded instrument in the public records of Polk County that perfects any PBGC lien.

Brenda Nestor asserts or may assert a junior lien on the Properties by virtue of a mortgage recorded in the public records of Polk County in an amount in excess of $400,000.

**Priority Claims:**

There are secured tax claims of Polk County for 2011, 2012, and 2013 taxes owed by B&B and Coleridge in the approximate amounts of $202,000 and $70,700, respectively.

**Unsecured Claims:**

The Debtors owe amounts to unsecured creditors that will be reflected on schedules to be filed with the Court.

VII. **General Description and Approximate Value of the Debtor's Current and Fixed Assets**

The Debtors' assets include the Properties and the interest in Posner Park Retail, LLP, as described above. The Debtors do not have a current appraisal of the Properties.

VIII. **Number of Employees and Amount of Wages Owed as of Petition Date**

The Debtors do not have any employees.

IX. **Status of Debtor's Payroll and Sales Tax Obligations**

The Debtors owe no amounts for payroll or sales taxes.

X. **Anticipated Emergency Relief Within 14 Days of Petition Date**

The Debtors do not currently intend to request any emergency relief within the first fourteen days.

XI. **Strategic Objectives**

As set forth above, the Debtors intend to consult with Kapila, negotiate with creditors, and file a plan within the exclusivity period established by the Bankruptcy Code.

WHEREFORE, the Debtors respectfully submit this as their Case Management Summary.

Dated:  January 16, 2014

       */s/  Edward J. Peterson, III*
       Harley E. Riedel (FBN 183628)
       Edward J. Peterson, III (FBN 0014612)
       Stichter Riedel Blain & Prosser, P.A.
       110 East Madison Street, Suite 200
       Tampa, Florida   33602
       (813) 229-0144 – Phone
       (813) 229-1811 – Fax
       hriedel@srbp.com
       epeterson@srbp.com
       Attorneys for Debtors

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Debtors' Joint Chapter 11 Case Management Summary has been furnished on this 16th day of January, 2014, by the Court's CM/ECF electronic mail system to the United States Trustee.

                                                */s/ Edward J. Peterson, III*
                                                Edward J. Peterson, III