UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| BOARDWALK AND BASEBALL, INC., | Case No. 8:14-bk-317-MGW |
| COLERIDGE CORPORATION, | Case No. 8:14-bk-318-MGW |
| BOARDWALK LAND DEVELOPMENT, INC., | Case No. 8:14-bk-319-MGW |
| Debtors._____/ | *Jointly Administered Under Case No. 8:14-bk-317-MGW* |

## AGREED MOTION TO EXTEND DEADLINE TO FILE PLAN

BOARDWALK AND BASEBALL, INC., COLERIDGE CORPORATION, and BOARDWALK LAND DEVELOPMENT, INC., as debtors and debtors in possession (the "**Debtors**"), by and through their undersigned attorneys, hereby file this Agreed Motion to Extend Deadline to File Plan (the "**Motion**"). In support of this Motion, the Debtors state the following:

### Background

1. On January 13, 2014 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

2. The Debtors have reached a settlement with the City Center Community Development District, City Center Bonds, LLC, and U.S. Bank, as Indenture Trustee, each of which is a co-plan proponent (together with the Debtors, the "**Co-Plan Proponents**").

3. On April 21, 2014, the Court entered its *Order Setting Hearings and Deadlines* (Doc. No. 91) and set April 25, 2014 (the "**Deadline**") as the deadline for the filing of a plan.

4. The Co-Plan Proponents have been working diligently to finalize the joint plan but require a short extension of the Deadline.

5. By this Motion, the Debtors request an extension of the Deadline through and including April 30, 2014.

6. Each of the Co-Plan Proponents consents to the relief requested herein.

WHEREFORE, the Debtors respectfully request that the Court enter an order granting the Motion; extending the Deadline through and including April 30, 2014; and granting such further relief as is just.

*/s/ Edward J. Peterson, III*
Edward J. Peterson, III
Florida Bar No. 0014612
Stichter Riedel Blain & Prosser, P.A.
110 East Madison Street, Suite 200
Tampa, Florida   33602
Telephone: (813) 229-0144
Facsimile: (813) 229-1811
epeterson@srbp.com
Attorneys for Debtors

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the foregoing Agreed Motion to Extend Deadline to File Plan have been furnished on this 25th day of April, 2014, by either the Court's electronic CM/ECF transmission or by U.S. Mail to:

Office of the U.S. Trustee
Robert B. Glenn, Esquire
Phillip M. Hudson, Esquire
John Hutton, Esquire

                                                      */s/ Edward J. Peterson, III*
                                                      Edward J. Peterson, III