UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| BOARDWALK AND BASEBALL, INC., | Case No. 8:14-bk-317-MGW |
| COLERIDGE CORPORATION, | Case No. 8:14-bk-318-MGW |
| BOARDWALK LAND DEVELOPMENT, INC., | Case No. 8:14-bk-319-MGW |
| Debtors. _____/ | *Jointly Administered Under Case No. 8:14-bk-317-MGW* |

**AGREED MOTION TO FURTHER EXTEND DEADLINE TO FILE PLAN**

BOARDWALK AND BASEBALL, INC., COLERIDGE CORPORATION, and

BOARDWALK LAND DEVELOPMENT, INC., as debtors and debtors in possession (the

"**Debtors**"), by and through their undersigned attorneys, hereby file this Agreed Motion to

Further Extend Deadline to File Plan (the "**Motion**").  In support of this Motion, the Debtors

state the following:

**Background**

1.      On January 13, 2014 (the "**Petition Date**"), the Debtors filed voluntary petitions

for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

2.      The Debtors have reached a settlement with the City Center Community

Development District, City Center Bonds, LLC, and U.S. Bank, as Indenture Trustee, each of

which is a co-plan proponent (together with the Debtors, the "**Co-Plan Proponents**").

3.      On April 21, 2014, the Court entered its *Order Setting Hearings and Deadlines* (Doc. No. 91) and set April 25, 2014 as the deadline for the filing of a plan.

4.      On April 25, 2014, the Debtors filed an *Agreed Motion to Extend Deadline to File Plan* (Doc. No. 96) and requested a short extension through and including April 30, 2014 as the deadline for the filing of a plan (the "**Deadline**").

5.      The Co-Plan Proponents have been working diligently to finalize the joint plan but require an additional short extension of the Deadline.

6.      By this Motion, the Debtors request an extension of the Deadline through and including May 6, 2014.

7.      Each of the Co-Plan Proponents consents to the relief requested herein.

WHEREFORE, the Debtors respectfully request that the Court enter an order granting the Motion; extending the Deadline through and including May 6, 2014; and granting such further relief as is just.

*/s/ Edward J. Peterson, III*
Edward J. Peterson, III
Florida Bar No. 0014612
Stichter Riedel Blain & Prosser, P.A.
110 East Madison Street, Suite 200
Tampa, Florida   33602
Telephone: (813) 229-0144
Facsimile: (813) 229-1811
epeterson@srbp.com
Attorneys for Debtors

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing Agreed Motion to

Further Extend Deadline to File Plan have been furnished on this 30th day of April, 2014, by the

Court's electronic CM/ECF transmission to:

Office of the U.S. Trustee
Robert B. Glenn, Esquire
Phillip M. Hudson, Esquire
John Hutton, Esquire

/s/ Edward J. Peterson, III
Edward J. Peterson, III

3